```
NYMBK            *         INMATE EDUCATION DATA          *      03-19-2019
PAGE 001         *              TRANSCRIPT                *        11:02:07

REGISTER NO: 79657-054    NAME..: BAEZ                    FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: NYM-NEW YORK MCC
```

---------------------------------- EDUCATION INFORMATION ----------------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| NYM | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-19-2019 1055 | CURRENT |

---------------------------------- EDUCATION COURSES ----------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| NYM M | ASTRONOMY CLASS | 02-25-2019 | CURRENT | | | | |
| NYM M | FOCUS FORWARD PUBLIC DEFENDERS | 10-22-2018 | CURRENT | | | | |
| NYM M | PUBLIC SPEAKING SKILLS | 02-25-2019 | CURRENT | | | | |
| NYM M | REFLECTIONS RELAXATION | 02-03-2019 | CURRENT | | | | |
| NYM M | AMERICAN REVOLUTION | 02-01-2019 | 03-01-2019 | P | C | P | 22 |
| NYM M | STUDY OF ASTEROIDS | 02-15-2019 | 02-18-2019 | P | C | P | 1 |
| NYM M | INTO THE GREAT PYRAMID | 02-01-2019 | 03-01-2019 | P | C | P | 1 |
| NYM M | INTERVIEWING SKILLS | 01-17-2019 | 02-27-2019 | P | C | P | 3 |
| NYM M | RESUME WRITING | 01-28-2019 | 02-27-2019 | P | C | P | 6 |
| NYM M | STEP BY STEP TOWARDS GOALS | 10-15-2018 | 12-18-2018 | P | C | P | 14 |

G0002          MORE PAGES TO FOLLOW . . .

```
NYMBK              *         INMATE EDUCATION DATA          *      03-19-2019
PAGE 002           *              TRANSCRIPT                *       11:02:07


REGISTER NO: 79657-054      NAME..: BAEZ                    FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: NYM-NEW YORK MCC
```

---------------------------------- EDUCATION COURSES ----------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| NYM M | IS WOMEN STUDIES | 02-02-2019 | 02-02-2019 | P | C | P | 1 |
| NYM M | LOST CIVILIZATION OF ATLANTIS | 01-05-2019 | 01-05-2019 | P | C | P | 1 |
| NYM M | STUDY OF ASTEROIDS | 12-12-2018 | 12-12-2018 | P | C | P | 1 |
| NYM M | ELECTRONIC LAW LIBRARY | 09-15-2018 | 09-15-2018 | P | C | P | 1 |
| NYM M | IND STUDY AMERICAN REVILUTION | 08-10-2018 | 08-10-2018 | P | C | P | 16 |
| NYM M | BLACK HISTORY INDEPENDENT STUD | 08-08-2018 | 12-08-2018 | P | C | P | 22 |
| NYM M | CHILD SUPPORT SEMINAR CLASS | 02-04-2019 | 02-12-2019 | P | C | P | 2 |
| NYM M | FDIC MONEY SMART SKILL 2 | 07-23-2018 | 01-14-2019 | P | C | P | 3 |
| NYM M | COMMERICAL DRIVING LIC PREP | 10-02-2018 | 01-14-2019 | P | C | P | 8 |
| NYM M | GEOGRAPHY CLASS | 10-11-2018 | 11-08-2018 | P | C | P | 12 |
| NYM CAD M | CHILD SUPPORT SEMINAR CLASS | 11-26-2018 | 11-27-2018 | P | C | P | 2 |
| NYM CAD M | IS MARINE LIFE SERIES | 08-06-2018 | 09-06-2018 | P | C | P | 13 |
| NYM CAD M | ENTREPRENEURSHIP | 07-20-2018 | 09-02-2018 | P | C | P | 12 |
| NYM M | TUTOR TRAINING | 03-14-2018 | 05-15-2018 | P | C | P | 8 |

G0002      MORE PAGES TO FOLLOW . . .

```
NYMBK              *           INMATE EDUCATION DATA          *      03-19-2019
PAGE 003 OF 003 *                   TRANSCRIPT                *        11:02:07

REGISTER NO: 79657-054      NAME..: BAEZ                       FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: NYM-NEW YORK MCC

------------------------------- EDUCATION COURSES -------------------------------
SUB-FACL   DESCRIPTION                      START DATE   STOP DATE  EVNT AC LV  HRS
NYM M      CHILD SUPPORT SEMINAR CLASS      12-18-2017   12-19-2017  P   C  P    2




G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```