USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

WILLIAM BAEZ,

                Defendant.

No. 17-cr-618 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On September 30, 2020, Mr. Baez filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking compassionate release in light of COVID-19. No later than 5:00 p.m. on Thursday, October 8, 2020, the Government shall advise the Court of (1) whether it has any objection to this request and, if so, provide the basis for that objection, and (2) when the Bureau of Prisons expects to make a determination on Mr. pending Baez's internal request in light of COVID-19, including whether it intends to release him temporarily pursuant to 18 U.S.C. § 3622(a) and/or transfer him to home confinement pursuant to 18 U.S.C. § 3624(c).

SO ORDERED.

Dated:    October 1, 2020
            New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge