USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

WILLIAM BAEZ,

                Defendant.

No. 17-cr-618 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On September 30, 2020, Mr. Baez filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking compassionate release in light of COVID-19. On October 8, 2020, the Government filed its response, arguing that Mr. Baez's motion fails on the merits. No later than 5:00 p.m. on Friday, October 16, 2020, Mr. Baez shall file his reply in support of the motion, if any.

SO ORDERED.

Dated:    October 9, 2020
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge